UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY JOHNSON BOWLES,<br><br>                              Plaintiff,<br><br>- v -<br><br>STATE UNIVERSITY OF NEW YORK AT GENESEO, THE STATE UNIVERSITY OF NEW YORK, THE GENESEO FOUNDATION BOARD, DENISE BATTLES, JULIE BRIGGS, JOHN CAMIOLO, KEVIN GAVAGAN, JOHN GLEASON, HARRY HOWE, DANIEL LOUGHRAN, AND ROBERT WALLEY, and JOHN DOE(S) and JANE DOE(S),<br><br>                              Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Civil Action No. 21-cv-6048 |

**PLEASE TAKE NOTICE** that effective July 21, 2025, the Rochester office of Nixon Peabody LLP, attorneys for Defendants The Geneseo Foundation Board (the "Foundation" or "Board"), John Camiolo, Kevin Gavagan, John Gleason, Daniel Loughran, and Robert Walley, relocated to the following address:

**NIXON PEABODY LLP**
**211 High Point Drive**
**Suite 110**
**Victor, NY 14564**

Please update your records accordingly, and direct all future electronic notices, orders, papers, and filings in this proceeding be served upon the undersigned at the new office address. All other contact information, including telephone number, fax number, and email addresses, will remain unchanged.

4927-8600-7636.1

| | |
|---|---|
| Dated: July 18, 2025<br>Victor, New York | **NIXON PEABODY LLP**<br><br>By:   */s/ Kimberly K. Harding*<br>      Kimberly K. Harding<br><br>211 High Point Drive<br>Suite 110<br>Victor, NY 14564<br>(585) 263-1000<br>Fax: (585) 263-1600<br>Email: kharding@nixonpeabody.com<br><br>*Attorneys for Defendants The Geneseo Foundation Board, John Camiolo, Kevin Gavagan, John Gleason, Daniel Loughran, and Robert Walley* |

## CERTIFICATE OF SERVICE

I, Kimberly K. Harding, an attorney and counselor at law admitted to practice before this Court, am a Partner in the firm of Nixon Peabody LLP, attorneys for The Geneseo Foundation Board (the "Foundation" or "Board"), John Camiolo, Kevin Gavagan, John Gleason, Daniel Loughran, and Robert Walley , and do hereby certify that on July 18, 2025, I electronically filed the foregoing Notice of Change of Address with the Clerk of the District using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: July 18, 2025
      Victor, New York

**NIXON PEABODY LLP**

By: /s/ Kimberly K. Harding
     Kimberly K. Harding

211 High Point Drive
Suite 110
Victor, NY 14564
(585) 263-1000
Fax: (585) 263-1600
Email: kharding@nixonpeabody.com

*Attorneys for Defendants The Geneseo Foundation Board, John Camiolo, Kevin Gavagan, John Gleason, Daniel Loughran, and Robert Walley*